IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| JOE LEE BLASSINGILL,  )  | |
|     Plaintiff, ) | |
| ) | |
| v. ) | No. 3:15-CV-3392-K |
| ) | |
| RISSI OWENS, ET AL., ) | |
|     Defendants. ) | |

## ORDER

After making the review required by 28 U.S.C. § 636(b), the Court finds that the Findings, Conclusions and Recommendation of the Magistrate Judge are correct, and they are adopted as the findings and conclusions of the Court.

**SO ORDERED**

**Signed December 11th, 2015.**

*Ed Kinkeade*
ED KINKEADE
UNITED STATES DISTRICT JUDGE